IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAROLD BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. **3:13-cv-00091-PMF** |
| ) | |
| DOCTOR SHAH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

**FRAZIER, Magistrate Judge:**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Doctor Shah, Christine Brown, Nurse Malvin, and B Little and against Plaintiff Harold Brown,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

DATED: August 19, 2013        NANCY J. ROSENSTENGEL, Clerk of Court

By: s/Debbie Agans, Deputy Clerk

Approved:

*s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE